Daniel B. McCoy, Respondent, v. Gas Engine and Power Company and Charles L. Seabury & Company, Consolidated, Respondent, Impleaded with Joseph A. Flannery, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Thomas, Rich and Carr, JJ., concurred; Jenks, J., taking no part.

Dennis J. Menton, Appellant, v. Cecelia R. Dunn, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the answer does not raise the objection of a defect of parties plaintiff, and that the evidence establishes that no one except the plaintiff had any interest in the contract which is the subject of this action. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Jacob Meurer and Andrew Meurer, Respondents, v. Edward Boeklen, Appellant, and Others, Defendants.— Order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Michael Meyers, Appellant, v. Joseph Gervetz, Respondent.—Appeal dismissed, without costs, on the ground that neither of the orders is appealable. Mun. Ct Act, §§ 253–257.)* Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

William Middleton, Respondent, v. William Rubel, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred. ·

The New York Central and Hudson River Railroad Company, Appellant, v. The Federal Sugar Refining Company of Yonkers and The National Sugar Refining Company, Defendants, Impleaded with John E. Andrus and Julia M. Andrus, His Wife, Respondents.— Order in so far as appealed from affirmed with ten dollars costs and disbursements. No opinion. Hirschberg, P. J. Woodward, Jenks and Thomas, JJ., concurred; Burr, J., taking no part.

Dudley Oliver Osterheld, Respondent, v. Star Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Bernard Panitz and Harry Eisenberg, Respondents, v. Morris Manson and George Jacobson, Appellants.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Florella E. Peabody, Appellant, v. William S. Merrill, Respondent, Impleaded with Henry H. Peabody and Others, Defendants.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Elias M. Pilzer, Appellant, v. Ledyard Construction Company and Others,

---

* See Laws of 1902, chap. 580, § 253, as amd. by Laws of 1907, chap. 304; Id. §§ 254–256 ; Id. § 257; since amd. by Laws of 1910, chap. 538.— [REP.